UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Argueta Palma, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>- vs. –<br><br>J. Schenkman Landscape Contractors, Inc. and Joel Schenkman,<br><br>Defendants. | DOCKET NO. 20-cv- 6715 (JCM) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Jose Argueta Palman, Wilson Hernandez, and Edwin Roel Argueta Pinto ("Plaintiffs"), and Defendants J. Schenkman Landscape Contractors, Inc. and Joel Schenkman ("Defendants"), that all of Plaintiffs' claims in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his/its own costs and attorneys' fees.

Dated: April 6, 2021

**SAMUEL & STEIN**

By: _____
David Stein

1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
Attorneys for Plaintiffs

**GREENWALD DOHERTY LLP**

By: _____
Lev Singer

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 589-9300
Attorneys for Defendants

Based on my review of the settlement agreement, (Docket No. 37-1), the joint letter in support, (Docket No. 37), and the documentation supporting the reasonableness of the attorneys' fees and costs, (Docket Nos. 37-2, 37-3), I find the settlement was the product of arm's-length negotiations between able counsel and that the terms of the settlement agreement, including the approval of Plaintiff's counsel's fees, are a fair and reasonable resolution of the case. *See Johnson v. Brennan*, No. 10 Civ. 4712(CM), 2011 WL 4357376, at *12 (S.D.N.Y. Sept. 16, 2011) ("If the proposed settlement reflects a reasonable compromise over contested issues, the court should approve the settlement.") (citations omitted).

**SO ORDERED:**

_____  4-8-21
JUDITH C. McCARTHY, U.S.M.J.